1
2
3
4
5
6
7
8
9
10
11

# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

12  JESUS MANUEL FONTES-QUINTERO,  )      1:06-CV00647 AWI DLB HC
                                   )
13              Petitioner,        )
                                   )      ORDER GRANTING MOTION TO DISMISS
14        v.                       )
                                   )      [Docs. #12, 14]
15                                 )
     W. J. SULLIVAN,               )
16                                 )
                Respondent.        )
17  _____)

18
19        Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus
    pursuant to 28 U.S.C. § 2254.
20
21        On January 25, 2007, Respondent filed a motion to dismiss the petition for failure to exhaust
    state remedies. Respondent argues Petitioner has not presented his claims to the California Supreme
22
    Court.
23
          On February 26, 2007, Petitioner filed a motion to dismiss the petition for writ of habeas
24
    corpus without prejudice.  Petitioner states the instant petition contained the wrong claims. Pursuant
25
    to Rule 41(a)(1) of the Federal Rules of Civil Procedure, "an action may be dismissed by the
26
    [Petitioner] without order of court by filing a notice of dismissal at any time before service by the
27
    adverse party of an answer or of a motion for summary judgment, whichever first occurs, or (ii) by
28

1  filing a stipulation of dismissal signed by all parties who have appeared in the action. Unless

2  otherwise stated in the notice of dismissal or stipulation, the dismissal is without prejudice, . . . ."

3  Pursuant to Rule 11 of the Rules Governing Section 2254 Cases, the "Federal Rules of Civil

4  Procedure, to the extent that they are not inconsistent with these rules, may be applied, when

5  appropriate, to petitions filed under these rules."

6        At this time, Respondent has not filed a formal answer to the petition for writ of habeas

7  corpus.  In addition, Respondent has filed a non-opposition to Petitioner's motion.

8        Accordingly, IT IS ORDERED that the petition BE DISMISSED without prejudice.

9  Petitioner is forewarned that the Antiterrorism and Effective Death Penalty Act of 1996 (AEDPA)

10  imposes a statute of limitations of one year in which a petitioner must file a federal petition for writ

11  of habeas corpus. 28 U.S.C. § 2244(d)(1).

12

13  IT IS SO ORDERED.

14  **Dated:    March 13, 2007**                      **/s/ Anthony W. Ishii**
    0m8i78                                    UNITED STATES DISTRICT JUDGE

15

16

17

18

19

20

21

22

23

24

25

26

27

28

U.S. District Court

E. D. California

2